```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
                SOUTHERN DIVISION at PIKEVILLE
```

JANET ARLENE BLACKBURN,           )
                                  )
     Plaintiff,                   )    Civil No. 7:19-65-JMH
                                  )
v.                                )
                                  )
KILOLO KIJAKAZI, *Acting*         )    **MEMORANDUM ORDER**
*Commissioner of Social*          )
*Security*,                       )
                                  )
     Defendant.                   )
                                  )
              **   **   **   **   **

This matter is before the Court on the Commissioner's motion to remand this case to the Social Security Administration for further administrative proceedings in light of *Hicks v. Commissioner of Social Security*, 909 F.3d 786 (6th Cir. 2018). (DE 21). As grounds, the Commissioner states that he has consulted with Plaintiff's counsel – who states no objection — and outlines the specific procedures expected to occur at remand, as well as the outcomes expected to be achieved. (*Id.*, ¶¶ 4-5).

Sentence four of 42 U.S.C. § 405(g) provides that the Court may, upon the pleadings and the transcript of the administrative record, enter judgment and remand the case to the Commissioner for a rehearing and a new decision. Therefore, the Court, having reviewed the record and being sufficiently advised,

IT IS ORDERED as follows:

(1) The Commissioner's Motion to Remand (DE 21) is GRANTED; and

(2) The Court SHALL enter a Judgment by Separate Order.

This the 27th day of September, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge