UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**SOUTHERN DIVISION at PIKEVILLE**

| | | |
|---|---|---|
| JANET ARLENE BLACKBURN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 7:19-65-JMH |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

** ** ** ** **

In compliance with Rule 58 of the Federal Rules of Civil Procedure, and in accordance with *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993),

IT IS ORDERED AND ADJUDGED that:

(1) This matter is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings;

(2) The Commissioner's Motion to Remand (DE 21) is GRANTED; and

(3) This Action is DISMISSED and STRICKEN from the Court's active docket.

This the 27th day of September, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge